# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 18, 2024
Lyle W. Cayce
Clerk

_____

No. 24-60268

_____

NRG Texas Power, L.L.C.; Utility Water Act Group,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Part 423

_____

UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for review is transferred to the United States Court of Appeals for the Eighth Circuit.